NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE:  AOP LLC,**
*Appellant.*

_____

2014-1046

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Serial No. 85/009,094.

_____

**ON MOTION**

_____

**O R D E R**

AOP, LLC moves without opposition to withdraw its appeal.

IT IS ORDERED THAT:

(1) The motion to withdraw this appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

2                                    IN RE: AOP LLC

s21

ISSUED AS A MANDATE: <u>December 19, 2013</u>